People of State of Illinois, Defendant in Error, v. John H. Coleman, Plaintiff in Error.

Gen. No. 43,115.

opinion filed November 6, 1944; released for publication November 24, 1944. Prescott, Burroughs & Taylor and Clayton & Weller, for plaintiff in error; Patrick B. Prescott, Jr. and Joseph E. Clayton, Jr., of counsel; Thomas J. Courtney, State's attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant state's attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.